Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Iman Woodley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAN WOODLEY,<br><br>    Plaintiff,<br><br>vs.<br><br><br>KASHIF & SONS GRANADA HILLS INC.; EHM INVESTMENTS LLC; and DOES 1-10,<br><br><br>    Defendants. | Case No.: 2:25-cv-12411-JLS-SSC<br><br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EHM INVESTMENTS LLC; WITHOUT PREJUDICE PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EHM INVESTMENTS LLC; PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

**NOTICE OF VOLUNTARY DISMISSAL OF A PARTY**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Iman Woodley voluntarily dismisses the action <u>without</u> prejudice as to Defendant EHM INVESTMENTS LLC; only.

Respectfully submitted,

DATED:  February 28, 2026                               VALENTI LAW APC

                                                     By:   */s/ Matt Valenti*
                                                         Matt Valenti, Esq.
                                                         Attorney for Plaintiff
                                                         Iman Woodley